UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-00009-SEB-TAB |
| ALONZO FEARS,<br>Defendant. | ) | - 01 |

**REPORT AND RECOMMENDATION**

On September 22, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on September 8, 2026, and order granting Petition on September 10, 2026. [Filing Nos. 72, 73.] Defendant appeared in person with his appointed counsel Hannah Jones. The government appeared by Zachary Yauger, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Kristen Weeks.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted to violation 1. [Filing Nos. 72, 73.]

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a license medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

On August 19, 2026, Mr. Fears submitted a urine drug test that returned positive for amphetamines and methamphetamines. Initially, he denied use, but later admitted to using methamphetamine.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade B violation.

(b) Defendant's criminal history category is V.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 9 months with no supervised release to follow. Defendant requested participation in non-residential drug course treatment program.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 9 months incarceration with no supervised release to follow. The Magistrate Judge makes a recommendation of defendant to participate in a non-residential drug course program.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/22/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system