UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00009-SEB-TAB |
| | ) | |
| ALONZO FEARS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Alonzo Fears' supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of nine (9) months incarceration with no supervised release to follow. The Court recommends that defendant participate in a non-residential drug course program.

**SO ORDERED.**

Date: 9/25/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO